AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Darl McDorman | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00126
Assigned To : Judge Zia M. Faruqui
Assign. Date : 4/9/2024
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Darl McDorman                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☒ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) – Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,
18 U.S.C. § 1752(a)(1) and (b)(1)(A) – Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(2) and (b)(1)(A) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(4) and (b)(1)(A) – Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence in the Capitol Grounds or Buildings.

Date:     04/09/2024

*Issuing officer's signature*

Zia M. Faruqui

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* 04/09/2024 , and the person was arrested on *(date)* 04/11/2024
at *(city and state)* WAYNESBORO, VA .

Date: 04/11/2024

*Arresting officer's signature*

BRAD BYRACKER   SPECIAL AGENT
*Printed name and title*